UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                        Case No. 08-CR-181

LUIS ALBERTO GONZALEZ,

    Defendant.

## ORDER

Defendant Luis Alberto Gonzales pled guilty to Possessing with Intent to Deliver 500 Grams or More of Cocaine and was sentenced to 48 months imprisonment, followed by 2 years of supervised release. A Judgment of Conviction was entered on December 24, 2008. On July 22, 2010, Gonzalez filed a pro se motion for sentence adjustment, seeking a downward adjustment of 10 months on the ground that, because he is not a citizen, he is subject to more stringent restrictions than would otherwise apply.

Pursuant to Fed. R. Crim. P. 35, this Court lacks authority to reduce Gonzalez's sentence on the grounds stated. Accordingly, the motion is denied.

**SO ORDERED** this __23rd__ day of July, 2010.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge